## ATTACHMENT A

## AFFIDAVIT

I, Heather Cox-McClain, being duly sworn, do hereby depose and state that:

### INTRODUCTION and AGENT BACKGROUND

1. I am a Senior Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, and have been so employed since August 2002. I am currently assigned to the Charlotte Field Division, in the Greenville, South Carolina Field Office. I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia, as well as the ATF Special Agent National Academy. In addition to my Law Enforcement experience, I hold a master's degree in criminal justice from the University of South Carolina in Columbia, South Carolina and bachelor's degree in history from Converse College in Spartanburg, South Carolina.

2. Pursuant to Title 18, United States Code, Section 3051, I am empowered to enforce any of the criminal laws of the United States. As a result of my training and experience, I am familiar with federal laws including Title 18 and Title 21 of the United States Code; particularly Title 18 U.S.C; sections 922(g)(1) and 924(c) and Title 18 U.S.C; 841(a)(1). I have conducted and been involved in numerous investigations regarding the unlawful manufacture, possession, distribution and transportation of controlled substances as well as conspiracies associated with those substance offenses.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 18 U.S.C; sections 922(g)(1), felon in possession of a firearm and/or ammunition, Title 18 U.S.C 924(c), possession of a firearm in furtherance of a drug trafficking crime, and Title 18 U.S.C; 841(a)(1) (possession with the intent to distribute and to distribute a controlled substance) have been committed by Juan Quashaun MOORE.

### PROBABLE CAUSE

5. On October 16, 2024, Spartanburg County Sheriff's Office (SCSO) Deputy Gardner was assigned to the Traffic Unit. Deputy Gardner observed a silver 2006 BMW, SC tag 3502SF, fail to use a turn signal prior to changing lanes. Deputy Garner initiated a traffic stop at approximately 1701 hours on Highway 9 near California Avenue in Spartanburg County, SC. The driver failed to stop and was observed throwing a black firearm out of the driver's window. The chase ended near N. Church Street and W. Wood Street when deputies utilized a precision immobilization technique.

6. The driver was identified as Juan Quashaun MOORE, and he was the only occupant and registered owner of the vehicle. MOORE was detained by SCSO deputies. A backpack located on the front passenger seat contained two bags of marijuana of different varieties, a box of plastic sandwich baggies and additional smaller plastic baggies. A pistol holster was observed in the rear seat of the vehicle. MOORE was in possession of $2,000 in U.S. currency and an Apple iPhone. After being read his Miranda Warnings, MOORE admitted to being in possession of the marijuana. MOORE was transported to the Spartanburg County Detention Center.

7. The firearm, a Glock model 27, .40 caliber pistol, s/n BZCV892, was located in the median of Highway 9 by Deputy Garner. The firearm was loaded with 15 rounds of ammunition, one being in the chamber. All items of evidence were collected by SCSO narcotics investigators who arrived on scene.

8. The Glock pistol and ammunition were manufactured outside the state of South Carolina and therefore affected interstate commerce.

9. MOORE has prior felony convictions for Accessory After the Fact of a Felony (2019) from Greenville County SC, Pointing and Presenting a Firearm at a Person (2022) and Discharging a Firearm into a Dwelling (2022) in Spartanburg County, SC. MOORE has not received a pardon for these felony convictions.

10. On July 31, 2020, MOORE signed the South Carolina Department of Corrections Gun Control Act of 1968 form acknowledging that it was unlawful for MOORE to possess firearms and/or ammunition which have been shipped in or affecting interstate or foreign commerce.

## CONCLUSION

11. Wherefore, based upon the information set forth in this Affidavit, I respectfully submit that there is probable cause to believe that on or about October 16, 2024, in the District of South Carolina, Juan Quashaun MOORE violated 18 U.S.C. § 922(g)(1), felon in possession of a firearm and/or ammunition; 18 U.S.C. § 924(c), possession of a firearm in furtherance of a drug trafficking crime, and 21 U.S.C. § 841(a)(1), possession with the intent to distribute a controlled substance, have been committed by Juan Quashaun MOORE.

12. In consideration of the foregoing, I respectfully request that this Court issue a Criminal Complaint and Arrest Warrant for Juan Quashaun MOORE.

Heather Cox-McClain
Senior Special Agent, ATF

2

Sworn to and subscribed before me this 17th day of October 2024.

_____
WILLIAM S. BROWN
United States Magistrate Judge
District of South Carolina